ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

4:15CV47-GHD-DAS

NORA DUCKSWORTH
Plaintiff

FILED
APR 20 2015
DAVID CREWS, CLERK
BY _____ Deputy

v.

CASE NO. (1) 0999 (2) 1288

J. Bobo - CID Investigator - In his Individual / CPT. Carolyn Walker In her Individual / Case Manager J. Robinson - In her Individual LT. Patrica Jones - In her Individual and Warden Timothy Morris - All Administrator at Mississippi Department of Corrections

**PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT**

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: NORA DUCKSWORTH

   B. Name under which sentenced: NORA DUCKSWORTH

   C. Inmate identification number: 46190

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): Highway 49 West Unit-29-C-B Zone - Bed - 96 Parchman, MS. 38738

   E. Place of confinement: Missippi State Penitentary, Parchman, MS.

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: J. Bobo

   Title (Superintendent, Sheriff, etc.): CID - Investigator

   Defendant's mailing address (street or post office box number, city, state, ZIP): P.O. Box CID - Department Parchman, MS. 38738

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 2

Name: **Mrs. Carolyn Walker**

Title (Superintendent, Sheriff, etc.): **CPT.**

Defendant's mailing address (street or post office. box number, city, state, ZIP): **Highway 49-West / P.O. Box 1057 Parchman, MS. 38738**

Name: **Ms. J. Robinson**

Title (Superintendent, Sheriff, etc.): **Case Manager**

Defendant's mailing address (street or post office box number, city, state, ZIP): **Highway-49-West-Unit-29-G-Building Parchman, MS. 38738**

Name: **Ms. Patricia Jones**

Title (Superintendent, Sheriff, etc.): **LT.**

Defendant's mailing address (street or post office box number, city, state, ZIP): **Highway-49-West-P.O. Box 1057 Parchman, MS. 38738**

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3. Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?   ☐ Yes   ☒ No

4. If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

    Plaintiff(s): N/A

    Defendant(s): N/A

    B. Court: N/A     C. Docket No.: N/A

    D. Judge's Name: N/A    E. Date suit filed: N/A

    F. Date decided: N/A    G. Result (affirmed, reversed, etc.):

5. Is there a prisoner grievance procedure or system in the place of your confinement?   ☒ Yes   ☐ No

6. If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).   ☒ Yes   ☐ No

7. If you checked "Yes" in Question 6, answer the following questions:

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)   PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☑ Yes   ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☑ Yes   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

I. Nora Ducksworth #46190 was written up - OCT. 9, 2014 - Time: 0947 - R.U.R. No. 01463581 - Rule Violation # C-8 - Assaultive Action against any Person Resulting in Serious Physical Injury and also Recieved R.U.R. (2) on OCT. 9, 2014 - Time - 0952 - No. 01463582 Rule Violation # C-5 - Involvement in Disruptive, Assaultive, or Criminal Gang Activity. For an Incident that happen on (Sept. 2, 2014 - Concerning an Stabbing) To Inmate Franklin Martain # 130650 that i don't know.! Mississippi Department of Corrections (M.S.P.) - C.I.O. - Investigation Department Staff (fell to do Process) and Contrary to their Oath of Office. (Miss Code. Ann § 47-5-41 and 47-1-27) This Abuses by The Mississippi Department of Corrections (M.S.P.) System is Prohibited by the (8) Eight And (4) Fourth Amendments and (6) Six Amendment and (14) Amendment and also Attachment.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

ON, January 12, 2015 My (Administrative Remedy Program - (M.S.P. - No - 14-3006 First Step Response Form For R.U.R'S - 01463581 and 01463582 was Seen by: Timothy Morris - Warden - Area - 1. Mr. Morris Stated; Offender Nora Ducksworth, #46190, Your request to have these R.U.R'S - 01463581 and # 01463581 remoked from Your file are denied! as you Can see the Same (Two) Number are the Sames in Warden; Timothy Morris Response Form. When This incident happen on, Sept. 2, 2014 Warden Timothy Morris, Was not the Warden! Warden Tunner was the Warden over Area-I on Sept. 2, 2014, Warden; Timothy Morris, was (Located) and the (Warden at South Mississippi Corrections Institution)

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

N/A

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On, Oct. 9, 2014. (C.I.D. Investigation Department-(M.S.P.) in Parchman. Ms. J. BoBo Stated an investigation was done. Concerning a Stabbing that took Place in unit-29-C-Building on, Sept. 2, 2014 and written me two RUR'S Concerning this Matter on an (Offender Statement) that was written. I Nord Ducksworth # 46190 was accused of, RUR # NO. 0146358I-CB Assaultive Action resulting in Serious Physical Injury, by an organize member of this (Gangster Disp.le) That told C.I.D. J. BoBo that i gave him an, (Sharped Instrument) to Stab Offender; Franklin Martin # 130650, and RUR. # NO. 0146.3582-C-5 Inulue in Criminal Gang Activity - by Providing Material Support to the Gangster Disp.le. I don't Know, Either one of these guys nor ever Assist any (organize) called (Gangster Disp.le). Then on Oct. 9, 2014 - CPT. Carolyn Walker was the, Delivering Employee - Time - 1218 HRS.

On Oct. 13, 2014 Case Manager Robinson reported and Time - N/A - But have (A.M) on the RUR'S, working days between date of Violation and hearing it was (22) day's. Name of Investigator, Case Manager J. Robinson. Okay who were the (Investigator) (MR. J. BoBo which is Stated in the, Details

ND MISS. FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)     PAGE 5

AND CIRCUMSTANCES? Now look at it, 9-2-14 Incident. 10-9-14 RUR'S Delivering But 10-13-14 Investigation Completed by a Case Manager J. Robinson that never been in Law Enforcement to Investgate an CRIMINAL. Then Nov. 11, 2014 i went before Lt. Patrica Jones

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I, NORA Ducksworth #46190 asking the Court to have Someone from there (DEPARTMENT) to Conduct an (INVESTIGATION) (#NO 0146358! and #0146358²) Cause (MISSISSIPPI DEPARTMENT OF CORRECTIONS)(M.S.P) IS, ABUSING there "POLICIES AND PROCEDURES" AND there AUTHORITY when it come down to these (Rule VIOLATION REPORT'S) being written by: STAFF MEMBER'S Here, EMPLOYEE'S At Mississippi Department of Corrections Then have it bad and it just need to Stop! (25) Years of MY Incarcerating RECORD'S will Show You that this Offender use MY Bed number, Cause he Refuse to give up the one in the (ORGANIZE) of The (Gangster Disciple). So C.I.D. Just Ran with it when this organize member did the Stabbing on offender (FRANKLIN MARTIN #130650). I'm not no organize of know kind and I'm fasleless being accuse of Giving Someone to hurt Some. C.I.D. Investgater have Put MY Life in Danger do to this (INVOLVEMENT) with this (ORGANIZE) with this (Gangster Disciple's. I Just want This (Label) off MY. Thank You!
— Just want these RUR'S Removed —

Some Things,

This Complaint was executed at (location): MISSISSIPPI DEPARTMENT OF CORRECTIONS (M.S.P)
and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct. PARCHMAN, MS.

Date: 2-11-15     Nora Ducksworth
                                              Plaintiff's Signature

QUESTION 2) ADDING ADDITIONAL DEFENDENTS:

NAME: TIMOTHY MORRIS

TITLE: WARDEN

DEFENDENTS ADDRESS / P.O. BOX ZIP: HIGHWAY-49-WEST P.O. BOX 1057 PARCHMAN, MS. 38738

---

NAME: FRANKLIN MARTAIN #130650

TITLE: OFFENDER: Whom Gotten Hurted

ADDRESS: (UNKnow)

Question-6-Attachment

See Policy-(01-01-01) Standard Operation Procedures. I, Nora Ducksworth #46190 have never been apart of any organize in my (25 Year's) of imprisonment Nor have i been written up for any thing concerning any (CRIMINAL GANG ACTIVITY) Since my imprisonment at (MISSISSIPPI DEPARTMENT OF CORRECTIONS)!! Never have (Assaulted Noone with any Sharpened Instrument or knife) In These (25 Year's) I don't have an (Rule Violation Reports) on my (Institution Records until Now: OCTEMBER 9, 2014 - Now That EMPLOYEE; J. BOBO written Me up for; (On (INMATE WRITTEN STATEMENT) Then Gonna States; Accessory to be involvement with (Criminal Gang Activity of This (Group Called-(GANGSTER DISCIPLE.) This offender whom dones This (CRIMINAL ACTIVITY) by: Calling My: Bed Number; Cause he's to tell. (C.I.D. Investgater - J. BOBO) i gave him Something to hurt Someone. he was to (Scared) to tell on that Someone in that Group of Guy's inside that; (Ganster Disciple's.) I don't know this guy and it was wrong. (How I was written up to another offender Statement. The investgations was not, (Conduced) right!

SIGNATURE;
NORA Ducksworth #46190
Nora Duckworth #46190
HIGHWAY-49-West- M.S.P.
UNIT-29-C-B-ZONE-BED-96
PARCHMAN, MS. 38738

Question - 9 - Attachment

Was the (Hearing Officer). I, Nora Duckworth #46190 was Finding (Guilty) on, No# 01463581 and No 01463582, Based on Statement of Reporting Staff. MY Statement were I did not have nothing to do with this Incident! but, I Recieved two RUR'S for an Offender Statement! Then upon mY RUR APPeal's Of the first Step MY APPeal's were Denied by: Warden, Timothy Morris - of AREA - I - Jan. 12. 2015.

Signature;

Nora Duckworth # 46190
Nora Duckworth
HIGHWAY - 49 - WEST - M.S.P.
UNIT - 29 - C - B - Zone - BED - 96
PARCHMAN. MS. 38738

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## RULE VIOLATION REPORT

Nº 01463581

(CWC) ___ (SMCI) ___ (ER) ___

(Unit Admin. Initial) _HW_ Zone/Tier ___ Unit _29C_ Cell/Bed # _8/96_

Offender _R. Duckworth_ MDOC# _161172_ Violated Rule # _65_ . Entitled ___

Date _10/1/14_ Approx. Time ___ Hrs.

By the specific act of ___

Weapon involved ___ Yes ___ No  EXACT location of incident ___

**CIRCUMSTANCES AND DETAILS**

Reporting Employee's Signature ___ Title ___ PIN# ___ Date _/_/_ Time ___

Evidence ___ Yes ___ No  Located ___ . Placed in Segregation - PDA ___ No ___ Yes- Location ___

I request witness(es) ✓ Yes ___ No

Witness(es) (1) _N/A_ (2) _N/A_

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

I waive the right to a Hearing ___ Yes ✓ No

ACCUSED ___ DELIVERING EMPLOYEE _N. Martin_ DATE _10-7-14_ TIME _1:18_

1. Investigation began within 24 hrs of violation? ___ Yes ✓ No    2. Date/Time investigation completed _10/13/14_ : ___ AM/PM
3. If not completed without reasonable delay, explain: ___
4. Name of Investigator _____
5. Working days between date of violation and hearing _22_
6. If more than seven (7) working days, explain: _described lock____

Is accused offender in Trusty Status ___ Yes ___ No    Does accused offender receive Earned Time ___ Yes ___ No

Name of Persons at Hearing - Accused _Marr Duckworth_ Hearing Officer _CS Putra Jones_

Other ___

Accused's response ___ Admit ✓ Admit w/ modifications ___ Deny    Accused's Statement _I don't_ _no idea of_ _so con off_

Documents read and discussed ___ RVR ___ Investigation ___ Witness Statements ___ Other ___

FINDINGS: ✓ Guilty ___ Not Guilty    Reason for Findings: _Based on Reporting Staff statement_

PUNISHMENT: _30 days loss of phone privilege_

Reason(s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record

Other ___

A total of ___ Rule Violations in ___ . A total of ___ Rule Violations for Rule # ___

Signature: _Patricia Jones_    Date: ___
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _Marr Duckworth_    Date: _11-18-14_

Signature of Reviewing Superintendent/Warden/CSD/Designee: ___    Date: ___

Custody Reduction ___ to ___ Date ___ Signature ___

Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ___ Signature ___

Loss of Earned Time ___ Approved ___ Disapproved

Commissioner of Corrections or Designee ___

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    3rd Copy - Reporting Employee

Revised FEB 2014

# MISSISSIPPI DEPARTMENT OF CORRECTIONS

## RULE VIOLATION REPORT

No 01463582

(CM/F) ___ (CWC) ___ (SMCI) ___ (OTHER) ___

(Unit Admin. Initial) _MW_ Zone/Tier ____ Unit ____ Cell/Bed # _Bed 96_

Offender _____ MDOC# _____ Violated Rule # _CS_ Entitled _____
Date _10/1/14_ Approx. Time ____ Hrs.

By the specific act of _____

Weapon involved ✓ Yes ___ No   EXACT location of incident _____

**CIRCUMSTANCES AND DETAILS**

_____

Reporting Employee's Signature _____ Title ___ PIN# ___ Date _1/1/__ Time ___
Evidence ___ Yes ___ No - Located ___. Placed in Segregation - PDA ___ No ___ Yes - Location ___
I request witness(es) ✓ Yes ___ No
Witness(es) (1) _N/A_ (2) _N/A_

Unless waived, you are hereby notified that a hearing will be held within, no less than, twenty-four (24) hours and no more than (7) working days

ACCUSED _____ DELIVERING EMPLOYEE _____ I waive the right to a Hearing ___ Yes ✓ No
DATE _10-9-14_ TIME _6-17_

1. Investigation began within 24 hrs of violation? ___ Yes ✓ No    2. Date/Time investigation completed _10/13/14_ : ___ (AM/PM)
3. If not completed without reasonable delay, explain: _____
4. Name of Investigator _Capt. J. Robinson_
5. Working days between date of violation and hearing _22_
6. If more than seven (7) working days, explain: _____

Is accused offender in Trusty Status ___ Yes ✓ No   Does accused offender receive Earned Time ___ Yes ___ No
Name of Persons at Hearing - Accused _____ Hearing Officer _C. Spates_
Other _____

Accused's response ___ Admit ✓ Admit w/ modifications ___ Deny   Accused's Statement _I did not do nothing to do with that, the hearing pass_

Documents read and discussed ___ RVR ___ Investigation ___ Witness Statements ___ Other _____

FINDINGS: ✓ Guilty ___ Not Guilty   Reason for Findings: _Based on statement of report_

PUNISHMENT: _3 days loss of canteen privileges_
Reason(s) ___ Seriousness of offense ___ The need to protect the institution, employees or others ___ Poor conduct record
Other _____
A total of _0_ Rule Violations in _Yr_. A total of ___ Rule Violations for Rule # ___

Signature: _____ Date: _____
Hearing Officer

Appeal may be filed within 15 days with Legal Claims Adjudicator, c/o ARP, P.O. Box 609, Parchman, MS. 38738, after receipt of the Disciplinary decision.

Offender Signature: _____ Date: _11-11-14_

Signature of Reviewing Superintendent/Warden/CSD/Designee: _____ Date: ____

Custody Reduction ___ to ___ Date ___ Signature ___
Due to guilty finding on the RVR, offender is ineligible to continue to receive Trusty Earned Time/ Remove from Trusty Status/ Trusty Earned Time effective ___ Signature ___

Loss of Earned Time ___ Approved ___ Disapproved
Commissioner of Corrections or Designee

Original with All Attachments - Records   1st Copy - Offender   2nd Copy - Working File   3rd Copy - Reporting Employee
Revised FEB 2014

MISSISSIPPI DEPARTMENT OF CORRECTIONS
Administrative Remedy Program

# MSP-14-3006
## FIRST STEP RESPONSE FORM
## For RVRs

You must return your response to the Legal Claims Adjudicator **within 30 days** of the date the request was initiated.

Offenders' Name and #: **Nora Ducksworth, #46190**
Unit: **29-L**

1st Step Respondent: Timothy Morris
Title: Warden - Area I

---

Offender Nora Ducksworth, #46190, your request to have these RVR's #01463581 and #01463581 removed from your file are denied.

_____     1-12-15
Signature                           Date

---

The above named inmate has fulfilled the requirements of the Administrative Remedy Program for an RVR appeal and is eligible to seek judicial review within 30 days of receipt of this First Step Response.

Nora Ducksworth  46190          1-17-15
Inmate's Signature   DOC #       Date

Neef D's-
833 Mex Street
Holly Spring MS. 38635

**RECEIVED**
MAR 1 6 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

United State Northern District
301 N. Commerce Street #13
Aberdeen MS. 39730

Hasler
03/11/2015
US POSTAGE $02.03
ZIP 38635
011D1634505

FIRST-CLASS MAIL
$00.48
ZIP 38635
011D11634506

hasler
04/15/2015
US POSTAGE

MCUF D5
833 Well Street
Holly Springs Ms. 38635

United States District Court
Northern District of Ms.
301 W. Commerce St #13
Aberdeen Ms. 39730

39730555855

RECEIVED
APR 20 2015
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI